# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

133333

JOHN WOLF and DARLENE WOLF,
      Plaintiffs-Appellants,

v

HOMECOMINGS FINANCIAL NETWORK,
INC.,
      Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133333
COA: 270169
Jackson CC: 06-000036-CH

_____/

By order of March 6, 2007, this Court granted immediate consideration and a stay of trial court proceedings. On order of the Court, the application for leave to appeal the December 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The stay of trial court enforcement proceedings, ordered on March 6, 2007, is DISSOLVED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

_____
Clerk